**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00239-CV

**CLIFTON AMOS AND CIARA JACKSON, Appellants**

**V.**

**BAYLOR MEDICAL CENTER AT IRVING, AND
BAYLOR HEALTH CARE SYSTEM, Appellees**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-08408**

## ORDER

Before the Court is appellants' motion for oral argument and appellees' response. We **GRANT** the motion. Both appellants and appellees will be permitted oral argument in accordance with local rule 6. *See* 5TH TEX. APP. (DALLAS) LOC. R. 6.

/s/    JIM MOSELEY
        JUSTICE